**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

DONALD B FORBES,                               CASE NO. 17-01337-RTC

                                                              Chapter 7

    Debtor
_____/

**WITHDRAWAL OF TRUSTEE'S MOTION TO SELL**

**TRACI K. STEVENSON**, duly appointed and acting Trustee, hereby withdraws Motion to Sell for the following reason(s):

1. Filed in error. (incorrect case)

WHEREFORE, the Trustee respectfully requests that the Court withdraw her Motion to Sell.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been furnished by U. S. Mail or hand delivered this February 12, 2018 to:

U. S. Trustee, 501 E. Polk Street, Ste. 1200, Tampa, FL  33602
Debtor, Donald B Forbes, 2062 Dodge Street, Clearwater, FL 33760, ,
Debtor's Atty  Randall C Hiepe, 535 Central Ave Ste 403, St. Petersburg, FL 33701-3703

/s/ Traci Stevenson
TRACI K. STEVENSON, TRUSTEE
P.O. Box 86690
Madeira Beach, FL 33738
(727) 397-4838
Florida Bar #942227
tracikstevenson@gmail.com