

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/20/2018 10:00 AM

COURTROOM   9B

**HONORABLE ROBERTA COLTON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:17-bk-01337-RCT | 7 | 02/21/2017 |

Chapter 7

**DEBTOR:**   Donald Forbes

**DEBTOR ATTY:**   Randall Hiepe

**TRUSTEE:**   Traci Stevenson

**HEARING:**

Trustee's Motion to Sell Property Free and Clear of Liens re:   Property description -   Non-Homestead 2062 DODGE ST. CLEARWATER, FL 33760 (Doc #24)
-Trustee's Addendum to Motion to Sell Property Free and Clear of Liens (Doc #25)
.

**APPEARANCES:**:   Traci K Stevenson.

**RULING:**
Trustee's Motion to Sell Property Free and Clear of Liens re:   Property description -   Non-Homestead 2062 DODGE ST. CLEARWATER, FL 33760 (Doc #24) -   Granted (with distribution to unsecured creditors).   Order by Stevenson.

-Trustee's Addendum to Motion to Sell Property Free and Clear of Liens (Doc #25)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.